IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FIELDING VAUGHN KIMERY
ADC #133741                                                                                                   PLAINTIFF

v.                                                    4:24-cv-00652-JM-JJV

ARKANSAS DEPARTMENT
OF CORRECTIONS, *et al.*                                                                          DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

I.   **DISCUSSION**

Fielding Vaughn Kimery ("Plaintiff") is a convicted prisoner in the Varner Super Max Unit of the Arkansas Division of Correction. In July 2014, he filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 1.) The 282-page Complaint was flawed for several reasons. First, Plaintiff did not sign it as required by Fed. R. Civ. P. 11(a). Second, rather than explaining how his constitutional rights were violated by each of the nine Defendants, Plaintiff filed hundreds of pages of grievances and responses, which is a violation of Rule 8. Third, Plaintiff has not explained how his various claims against the nine Defendants are properly joined

under Fed. R. Civ. P. 20(a)(2).   Finally, Plaintiff has not paid the filing fee or filed an *In Forma Pauperis* Application.   Because he is a three striker, Plaintiff cannot proceed *in forma pauperis* unless he provides facts satisfying the imminent danger exception in 28 U.S.C. § 1915(g).[1]

Accordingly, on August 13, 2024, I gave Plaintiff thirty days to file an Amended Complaint curing these problems.   (Doc. 2.)   And I warned Plaintiff that I would recommend dismissal if he did not timely do so.   As of the date of this Recommendation, Plaintiff has not complied with my instructions, and the time to do so has passed.

## II. CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 16th day of September 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] *Kimery v. Payne*, , 4:21-cv-00071-BRW (E.D. Ark. Mar. 26, 2021); *Kimery v. Harris*, 4:21-cv-00156-BRW (E.D. Ark. Jun. 2, 2021); *Kimery v. Payne*, 4:21-cv-00209-KGB (E.D. Ark. Feb. 14, 2022).