IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FIELDING VAUGHN KIMERY
ADC #133741                                                                                           PLAINTIFF

v.                                         4:24-cv-00652-JM

ARKANSAS DEPARTMENT
OF CORRECTIONS, *et al.*                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe that Plaintiff's complaint be dismissed for failure to prosecute. (Doc. 11.) The same day the Recommendation was filed, Plaintiff filed an amended complaint and a petition to proceed in forma pauperis. (Docs. 12-13). In light of these simultaneous filings, the Court is going to decline to follow the current Recommendation.

IT IS SO ORDERED, this 7th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE