## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

FIELDING VAUGHN KIMERY
ADC #133741                                                                                                    PLAINTIFF

v.                                                          4:24-cv-00652-JM

ARKANSAS DEPARTMENT
OF CORRECTIONS, *et al.*                                                                                 DEFENDANTS

### ORDER

On October 21, 2024, the Court issued an Order finding Plaintiff was not entitled to proceed *in forma pauperis* because he is a three-striker, as defined by 28 U.S.C. § 1915(g), who has not satisfied the imminent danger exception contained in that statute. (Doc. 18.) The Court then gave Plaintiff twenty-one days to pay the filing fee in full and cautioned him that this case would be dismissed without prejudice if he did not timely do so. (*Id*.) Plaintiff's time to comply with that Order has expired.

Therefore, this case is DISMISSED without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 15th day of November 2024.

_____
UNITED STATES DISTRICT JUDGE